

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Allen Garrett <br><br> **Plaintiff,** <br><br> V. <br><br> Sycuan Casino; Slot Machine Supervisor; Security et al <br><br> **Defendant.** | Civil Action No.   24-cv-1296-JES-SBC <br><br><br> **CLERK'S JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Dismisses with prejudice Garrett's Complaint in its entirety based on his failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); and the Court finds amendment would be futile. See Gonzalez v. Planned Parenthood, 759 F.3d 1112, 1116 (9th Cir. 2014) ("'Futility of amendment can, by itself, justify the denial of … leave to amend.'") (quoting Bonin v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995)).

The case is hereby closed.

Date:   8/13/24

CLERK OF COURT <br>
JOHN MORRILL, Clerk of Court <br>
By:  s/  M. Quinata <br>
M. Quinata, Deputy